433 So.2d 1048 (1983)
ESTATE of Elsie C. KING, et al.
v.
AETNA CASUALTY & SURETY CO., et al.
Martha Lee CLARK
v.
AETNA CASUALTY & SURETY CO., et al.
Audrey King VIDRINE
v.
AETNA CASUALTY & SURETY CO., et al.
Clara CLARK
v.
AETNA CASUALTY & SURETY CO., et al.
Jane PERRY
v.
AETNA CASUALTY & SURETY CO., et al.
No. 83-C-0854.
Supreme Court of Louisiana.
June 3, 1983.
Denied.
MARCUS, BLANCHE and LEMMON, JJ., would grant the writ.